IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHAWN M. YANKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 20-cv-1361-SMY |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

Before the Court is the Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. 33). Defendant has no objection to the motion (Doc. 35).

The parties agree that Plaintiff is entitled to an award of attorney's fees in the amount of $4,893.41, which includes a counsel fee of $4852.39 and an additional expense of $41.02. The Court finds that Plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B). The Court further finds that the agreed upon amount is reasonable and appropriate.

Accordingly, Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. 33) is **GRANTED**. The Court awards Plaintiff $4,893.41 for attorney's fees and expenses pursuant to the Equal Access to Justice Act. These funds shall be payable to Plaintiff in accordance with *Astrue v. Ratliff,* 560 U.S. 586 (2010); *Harrington v. Berryhill,* 906 F.3d 561 (7th Cir. 2018). This award shall fully and completely satisfy any and all claims for fees that may have been payable to Plaintiff in this matter under the Equal Access to Justice Act, 28 U.S.C. § 2412. Any part of the award that is not subject to set-off to pay Plaintiff's pre-existing debt to the United

States shall be made payable to Plaintiff's attorney pursuant to the EAJA assignment previously executed by Plaintiff and counsel.

**IT IS SO ORDERED.**

**DATED:  June 13, 2022**

**STACI M. YANDLE**
**United States District Judge**